IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THRU TUBING SOLUTIONS, INC., | No. 4:23-CV-01476 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| ANDREW ROBBINS and WORKOVER SOLUTIONS, INC., | |
| Defendants. | |

## ORDER

**DECEMBER 11, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 25) is **DENIED**.

2. Defendants' Motion to Dismiss for Failure to State a Claim (Doc. 25) is **GRANTED** as to Count IV of the Complaint and **DENIED** as to all other counts.

3. Plaintiff may file an amended complaint no later than fourteen (14) days from the date of this Order. If no amended complaint is filed by that date, Count IV of the Complaint will be dismissed with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge